PD-0631-15

May 19, 2015

MR. KEITH E. HOTTLE, CLERK
4TH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

RE: COURT OF APPEALS #04-14-00099CR
TRIAL COURT CASE# 2013-CR-4828
STYLE: RODOLFO MATA RODRIGUEZ
VS. STATE OF TEXAS

MR. HOTTLE,

I BARELY RECEIVED NOTICE FROM THE BEXAR COUNTY APPELLATE PUBLIC DEFENDER'S OFFICE THAT THE COURT OF APPEALS RECENTLY ISSUED THEIR OPINION IN MY CASE. I AM NOW WITHOUT APPELLATE COUNSEL, AND I NEED AN EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW.

IN THE EVENT THAT I AM NOT GRANTED THIS REQUEST, WILL YOU PLEASE SEND ME A COPY OF THE APPELLATE BRIEF THAT WAS SUBMITTED TO THE COURT OF APPEALS ON MY BEHALF, IN ORDER TO PURSUE A WRIT OF HABEAS CORPUS?

THANK YOU.

RESPECTFULLY SUBMITTED,

Rodolfo Rodriguez Mata
RODOLFO. M. RODRIGUEZ (PRO SE)
TDCJ-ID# 1912187
GARZA WEST UNIT
4250 HWY. 202
BEEVILLE, TX. 78102

Rodolfo Mata Rodriguez #1912187
Garza West Unit
D6.18
4250 Hwy. 202
Beeville, TX. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
20 MAY 2015 PM 3 L



Keith E. Hottle, Clerk
4TH Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037
78205303799